# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                          Chapter 13

RICHARD E WALKER                              Bankruptcy No. 22-10900-AMC

3342 UPPER VALLEY ROAD

PARKESBURG, PA 19365


    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    RICHARD E WALKER

    3342 UPPER VALLEY ROAD

    PARKESBURG, PA 19365

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH F CLAFFY, ESQ
    26 SOUTH CHURCH ST
    SUITE 1 SOUTH
    WEST CHESTER, PA 19382-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 8/23/2022                                                                                    /s/ Kenneth E. West

                                                                             _____
                                                                             Kenneth E. West, Esquire
                                                                             Chapter 13 Standing Trustee