# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

RICHARD E WALKER   Bankruptcy No. 22-10900-AMC

3342 UPPER VALLEY ROAD

PARKESBURG, PA 19365

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
RICHARD E WALKER

3342 UPPER VALLEY ROAD

PARKESBURG, PA 19365

**Counsel for debtor(s), by electronic notice only.**
JOSEPH F CLAFFY, ESQ
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 8/30/2022    /s/ Kenneth E. West

_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee