## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | RICHARD E WALKER | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | CASE NO. 22-10900 amc |

### CERTIFICATION OF SERVICE OF FIRST AMENDED CHAPTER 13 PLAN

I certify that I have, on the 27th day of Match 2023, served a copy of the Debtor's FIRST Amended Chapter 13 Plan, filed the 27th$^{nd}$ day of March upon the following entities :

VIA ECF

Kenneth E. West, Standing Chapter 13 Trustee, and

U.S. Trustee

VIA FIRST CLASS U.S. MAIL deposited March 27th, 2023

upon all secured creditors, unsecured creditors, debtor, co-debtors ( if any), parties in interest and those requesting notice.

                                                                  /s/Joseph F. Claffy, Esq.
                                               JOSEPH F. CLAFFY, ESQUIRE
                                                    Attorney I.D. # 35142
                                                    26 S. Church Street
                                                    West Chester, PA 19382
                                                    610-429-0900
                                                    Attorney for Debtor