# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Richard E. Walker | : CHAPTER 13 |
| | : BANKRUPTCY NO. 22-10900 |
| AMC Debtor (s) | |

## **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 05/16/2023 at 10:00 AM before the Hon. Ashely M. Chan

Respectfully submitted,

Date: March 28, 2023

/s/Jack K. Miller, Esquire for
Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA  19105