**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                        Chapter 13

                        Bankruptcy No. 22-10900-AMC

RICHARD E WALKER

3342 UPPER VALLEY ROAD

PARKESBURG, PA 19365

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RICHARD E WALKER

3342 UPPER VALLEY ROAD

PARKESBURG, PA 19365

Counsel for debtor(s), by electronic notice only.

JOSEPH F CLAFFY, ESQ
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382-

Date: 3/28/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee