United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                             Case No. 22-10900-amc
Richard E Walker                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: admin                 Page 1 of 2
Date Rcvd: May 16, 2023         Form ID: 155                Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard E Walker, 3342 Upper Valley Road, Parkesburg, PA 19365-1621 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14682028 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2023 00:26:04 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14682029 | + | Email/Text: bankruptcycollections@citadelbanking.com | May 17 2023 00:15:00 | Citadel Federal Cred U, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 14682030 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 17 2023 00:14:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14682031 | + | Email/Text: PBNCNotifications@peritusservices.com | May 17 2023 00:14:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14682032 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2023 00:15:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14682033 | + | Email/Text: mtgbk@shellpointmtg.com | May 17 2023 00:14:00 | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14696531 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2023 00:25:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14682034 | + | Email/PDF: gecsedi@recoverycorp.com | May 17 2023 00:25:30 | Syncb/hsn, Po Box 965017, Orlando, FL 32896-5017 |
| 14698496 | | Email/Text: mtgbk@shellpointmtg.com | May 17 2023 00:14:00 | THE BANK OF NEW YORK MELLON et al, NewRez LLC et al, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 14706790 | ^ | MEBN | May 17 2023 00:09:15 | The Bank of New York Mellon, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14740627 | * | The Bank of New York Mellon et al, NewRez LLC et al, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 16, 2023 | Form ID: 155 | Total Noticed: 11

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2005-BC5 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2005-BC5 bkgroup@kmllawgroup.com |
| JOSEPH F. CLAFFY | on behalf of Debtor Richard E Walker claffylaw@outlook.com claffylaw@aol.com;JClaffyPennsylvania1@jubileebk.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2005-BC5 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard E Walker
       Debtor(s)

Chapter: 13

Bankruptcy No: 22−10900−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this May 16, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Ashely M. Chan
                                      Judge ,
                                      United States Bankruptcy Court

                                                         66
                                                     Form 155